NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAG ACQUISITION, LLC,**
*Appellant*

v.

**THE WALT DISNEY COMPANY, DISNEY STREAMING SERVICES LLC, HULU, LLC, NETFLIX, INC., GOOGLE LLC, AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC,**
*Appellees*

---

2024-1627, 2024-1628, 2024-1631, 2024-1632, 2024-1633, 2024-1634

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01227, IPR2022-01228, IPR2022-01412, IPR2022-01413, IPR2022-01430, and IPR2022-01433.

---

**ON MOTION**

---

**O R D E R**

WAG Acquisition, LLC moves unopposed for a 60-day extension of time, until January 24, 2025, to file "two reply

briefs" "respectively replying to the response briefs of both Amazon.com Inc. *et al.* and the Walt Disney Company *et al.*" ECF No. 24 at 4.

This court's rules provide that "[e]ach party is permitted to file a single brief of each type." Fed. Cir. R. 28(i)(1).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that WAG Acquisition's single reply brief is due no later than January 24, 2025. No further extensions of time for the reply brief should be anticipated.

FOR THE COURT

November 14, 2024
Date

Frances M. McNulty
Chief Deputy Clerk of Court